372 A.2d 426
Commonwealth v. Miceli, Appellant.

 Argued December 9, 1976. W. Averona, with him Anthony D. Pirillo, Jr., for appellant; Deborah E. Glass, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 426
Commonwealth v. Morgan, Appellant.

Argued December 8, 1976. Mel D. Kardos, Assistant Public Defender, with him Martin J. King, Public Defender, for appellant; Stephen B. Harris, First Assistant District Attorney, with him Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.